No. 231. CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY *v.* A. N. MURPHY AND T. O. MURPHY, PART-NERS DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF MURPHY & SON. Error to the Supreme Court of the State of Oklahoma. Argued April 14, 1926. Decided April 19, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6,

1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 5–6. *Mr. A. T. Boys*, with whom *Messrs. W. R. Bleakmore, W. F. Dickinson, M. L. Bell, Thomas P. Littlepage, John Barry*, and *W. F. Collins* were on the brief for plaintiff in error. *Messrs. W. C. Stevens, A. J. Morris*, and *Riford Bond*, for defendants in error, submitted.